IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA



CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                          CRIMINAL ACTION NO. 2:18-cr-00077

BRIAN SCOTT MILLER

## WRITTEN PLEA OF GUILTY

In the presence of Mychal S. Schulz, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the single-count Information.

DATE: 5-3-18

DEFENDANT

WITNESS:

COUNSEL FOR DEFENDANT